**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: McGee Jr.    Walter    L
    (Last)          (First)          (Middle Initial)

Prisoner Number: BB1429

Institutional Address: 1 Main Street San Quentin CA. 94974

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED
Aug 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Walter lee McGee Jr.
*(Enter your full name.)*

vs.

California department of Corrections and rehabilitation

*(Enter the full name(s) of the defendant(s) in this action.)*

Case No. 4:20-cv-5844 DMR
*(Provided by the clerk upon filing)*

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Exhaustion of Administrative Remedies.**

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement San Quentin State Prison

B. Is there a grievance procedure in this institution?    YES ☒    NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☐    NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: I was refused the proper paper work to file the appeal

2. First formal level: _____

3. Second formal level: _____

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☐        NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
I was refused the paper work needed to file said appeal more than once

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Walter lee McGee JR. San Quentin State Prison

B. For each defendant, provide full name, official position and place of employment.
California department of Corrections and rehabilitation

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

CDCR transfered 100+ inmates from Chino mens prison to San Quentin mens prison who were Covid-19 positive wich started an outbreak here at San Quentin. on 6/25/2020 I was tested and confirmed positive for covid-19 Due to CDCR's incompetence and and inability to protect the inmate population here at S.Q.S.P.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I am requesting an order for immediate release under the California Emergency Act, Government Code Section 8550 ET seq... and 18 USC Section 3582(4)(1) of the CARES ACT from recently contracting COVID-19 while at San Quentin State Prison

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 8/4/2020                    Walter M—
             Date                        Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3